UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Joseph Thomas, | ) | Civil Action No. 5:12-2478-TLW-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), ECF No. 31, with consent of the parties and good cause appearing therefore, the court hereby GRANTS the Motion, REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), [1] and REMANDS the cause to the Commissioner for a *de novo* hearing and further administrative proceedings.

Upon remand, the Appeals Council will direct the Administrative Law Judge (ALJ) to give the Plaintiff an opportunity for a new hearing, to further develop the record and issue a new decision. Upon remand, the Appeals Council will direct the ALJ to reevaluate whether the claimant can perform his past relevant work as a procurement forester, as it was actually or generally performed. If warranted the ALJ will also be directed to obtain vocational expert testimony to consider whether the Plaintiff can perform other jobs that exist in the national economy.

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

IT IS SO ORDERED.

September 20, 2013                                       Kaymani D. West
Florence, South Carolina                                 United States Magistrate Judge